Caitlin M. Jones, Esq., SBN 321206
Chloe McDonald, Esq. SBN 364831
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: cjones@petttitkohn.com
　　　　cmcdonald@pettitkohn.com

Attorney for Defendants
**DANTE PRIDE and THE PRIDE LAW FIRM**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLINA ALEXA LEA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DANTE PRIDE; STEPHANIE WHITE; THE PRIDE LAW FIRM,<br><br>　　　　　　Defendants. | CASE NO.: 3:24-cv-01253-DMS-VET<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**Date: February 20, 2026**<br>**Time:1:30 PM**<br><br>Courtroom:　　13A<br>District Judge:　Hon. Dana M. Sabraw<br>Magistrate Judge:Hon. Valerie E. Torres<br>Complaint Filed: July 22, 2024<br>Trial Date:　　Not yet set |

**TO PLAINTIFF KIMBERLINA ALEXA LEA:**

**PLEASE TAKE NOTICE** that Defendants DANTE PRIDE and THE PRIDE LAW FIRM will and hereby do move for an order granting its Motion for Judgment on the Pleadings pursuant to Fed. Rules of Civ. Proc. 12(c). This Motion is made on the grounds that Plaintiff's Legal Malpractice and Breach of Fiduciary Duty Claims are barred by the Statute of Limitations pursuant to Code of Civil Procedure Section 340.6.

Defendants' Motion will be based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Caitlin M. Jones, Esq., with attached exhibits, the Request for Judicial Notice, the pleadings, records, and

2098-1001

1

files herein, such matters of which the Court may take judicial notice, and any evidence or argument presented at the hearing in this matter.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:  January 22, 2026        By:  _____
Caitlin M. Jones, Esq.
Chloe McDonald, Esq.
Attorney for Defendants
**DANTE PRIDE and THE PRIDE LAW FIRM**
cjones@pettitkohn.com
cmcdonald@pettitkohn.com

2098-1001

2

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. 3:24-CV-01253-DMS-VET

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the following document(s):

- **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

was served on this date to counsel of record:

[ ]    **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]    **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]    **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Kimberlina Alexa Lea
2505 Anthem Village Drive E 305
Henderson, NV 89052
Tel: 725-296-7609
Email: kimberlina.lea777@gmail.com
**Plaintiff in Pro Per**

Executed on January 22, 2026, at San Diego, California.

Kenny Diep

2098-1001